# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN L. MOORE, JR.

NO. 2023 KW 0229

**MAY 8, 2023**

---

In Re:    John  L.  Moore,  Jr.,  applying  for  supervisory  writs,
          19th  Judicial  District  Court,  Parish  of  East  Baton
          Rouge, No. 06-98-0653.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the State's response, bill of information, pertinent district court minutes, and any other portions of the district court's record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT